IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARRY LAYNE RAGSDALE, | ) | |
| ID # 30700-177, | ) | |
| Movant, | ) | No. 3:07-CV-0325-D |
| vs. | ) | No. 3:03-CR-0072-D (01) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

June 11, 2008.

SIDNEY A. FITZWATER
CHIEF JUDGE